## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| JAMES THIELE,<br><br>        Plaintiff,<br><br>v.<br><br>CHECKMATE.COM, INC.,<br><br>        Defendant. | Civil Action No. 5:24-cv-00337-TES |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James Thiele and Defendant Checkmate.com, Inc. hereby stipulate to the dismissal of this action with prejudice, each Party to bear its respective attorneys' fees and costs.

Respectfully submitted this 12th day of June 2025.

| **RADFORD SCOTT LLP** | **LITTLER MENDELSON, P.C.** |
|---|---|
| */s/ Justin M. Scott* | */s/ Bradley E. Strawn* |
| Justin M. Scott | Bradley E. Strawn |
| Georgia Bar No. 557463 | Georgia Bar No. 004419 |
| jscott@radfordscott.com | bstrawn@littler.com |
| Elaine Woo | M. Brandon Rosenstein |
| Georgia Bar No. 430956 | Georgia Bar No. 546792 |
| ewoo@radfordscott.com | brosenstein@littler.com |
| | |
| 125 Clairemont Avenue, Suite 380 | 3424 Peachtree Road N.E., Suite 1200 |
| Decatur, Georgia 30030 | Atlanta, GA 30326.1127 |
| Telephone: 404.400.3600 | Telephone: 404.233.0330 |
| | Facsimile: 404.233.2361 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |